UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY HERNANDEZ,<br><br>             Plaintiff(s),<br><br>vs.<br><br>TRADE SHOW SERVICES LTD, et al.,<br><br>             Defendant(s). | Case No. 2:13-cv-02187-RCJ-NJK<br><br>ORDER DENYING STIPULATION FOR EXTENSIONS<br><br>(Docket No. 24) |

Pending before the Court is a stipulation to extend various deadlines set forth in the scheduling order, filed on June 10, 2014. Docket No. 24. Among other extensions, the stipulation seeks an extension for the initial expert disclosure deadline that expired on May 22, 2014 and of the rebuttal expert deadline that is set to expire on June 23, 2014. *See id.* at 4. The deadline for filing a request for an extension is 21 days before expiration of the subject deadline. Local Rule 26-4. Where parties fail to meet that deadline, they must establish excusable neglect for not doing so. *Id.* The parties have failed to address excusable neglect for failing to timely seek leave of Court to extend those deadlines.[1] Accordingly, the pending stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: June 11, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The parties' conducting of discovery appears to have been less than diligent to this point, as they assert that they "are in the infancy stage of discovery" (Docket No. 24 at 3) notwithstanding the expiration of the initial expert disclosure deadline and the upcoming discovery cut-off of July 21, 2104.