# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY HERNANDEZ, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-02187-RFB-NJK |
| vs. | ) ORDER |
| PRO-TECT SECURITY SERVICES, LLC, et al., | ) (Docket No. 37) |
| Defendant(s). | ) |

Pending before the Court is a motion for a settlement conference. Docket No. 37. The Court hereby SETS a telephonic hearing for that motion for 9:30 a.m. on April 20, 2015. Counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge