# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY HERNANDEZ,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>TRADE SHOW SERVICES LTD., et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-02187-RFB-NJK<br><br>CORRECTED<br>ORDER DENYING STIPULATION<br><br>(Docket No. 46) |

　　　　Pending before the Court is a stipulation to stay proceedings until the Court holds the settlement conference scheduled for July 20, 2015. Docket No. 46. The stipulation seeks an order extending the discovery period beyond the settlement conference. *See id* At the hearing on the motion for a settlement conference, the Court discussed with the parties that the settlement conference should occur after the close of discovery, *inter alia*, to avoid a situation in which the undersigned may have to recuse while discovery was still on-going. *See* Hearing Tr. (4/20/2015) at 9:39-9:40 a.m. Neither counsel expressed any concern at that time with scheduling the settlement conference after the close of discovery. *See id.* Moreover, this case was initiated nearly two years ago and the parties have already received <u>five</u> extensions to discovery deadlines. *See* Docket No. 40. In light of the above, the Court hereby **DENIES** the stipulation to stay proceedings pending the completion of the settlement conference.

　　　　IT IS SO ORDERED.

　　　　DATED: May 19, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge