1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10    GARY HERNANDEZ,                                    )
                                                        )
11                        Plaintiff(s),                 )          Case No. 2:13-cv-02187-RFB-NJK
                                                        )
12    vs.                                               )          ORDER
                                                        )
13    PRO-TECT SECURITY SERVICES, LLC, et al.,          )
                                                        )
14                        Defendant(s).                 )
      _____          )

15           In light of the parties' notice of settlement, Docket No. 49, the Court hereby VACATES the

16    settlement conference set for July 20, 2015.

17           IT IS SO ORDERED.

18           DATED: June 2, 2015

19

20    _____

21    Nancy J. Koppe
      United States Magistrate Judge

22
23
24
25
26
27
28