Christian Gabroy (#8805)
Ivy Hensel (#13502)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY HERNANDEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>TRADE SHOW SERVICES LTD; a corporation; LESLIE BRUNO; an individual; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>           Defendants. | Case No. 2:13-cv-02187-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, Gary Hernandez ("Plaintiff"), by and through his counsel, Christian Gabroy, Esq. and Ivy Hensel, Esq. of Gabroy Law Offices, and Defendant Trade Show Services, LTD, a Corporation, and Leslie Bruno, an individual ("Defendants") by and through their counsel David Dornak of Fisher & Phillips LLP, hereby submit, stipulate, and agree as follows:

1. THE PARTIES HEREIN STIPULATE, AGREE AND OTHERWISE CONSENT THAT THIS MATTER BE DISMISSED WITH PREJUDICE, WITH EACH SIDE TO BEAR THEIR OWN COSTS AND ATTORNEYS FEES.

IT IS SO ORDERED:

DATED THIS ___21st___ DAY OF January, 2016.

_____
Richard F. Boulware, II
United States District Court Judge

Respectfully submitted,

/s/David Dornak_____
David Dornak, Esq. (#6274)
Fisher & Phillips LLP
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169
Tel: (702) 252-3131
Fax: (702) 252-7411

Attorneys for Defendants

Respectfully submitted,

/s/Christian Gabroy_____
Christian Gabroy, Esq. (#8805)
Ivy Hensel (#13502)
Gabroy Law Offices
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704

Attorneys for Plaintiff